## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **REED MILLER,** | : | |
| | : | **Civil Action File No.** |
| **Plaintiff,** | : | |
| | : | **1:16-cv-00118-WSD** |
| **vs.** | : | |
| | : | |
| **THE CITY OF DACULA,** | : | |
| **GEORGIA,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal without prejudice of the instant case, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| **DeLong, Caldwell Bridgers** | **Carothers & Mitchell, LLC** |
| **Fitzpatrick & Benjamin, LLC** | |
| | */s/ Thomas M. Mitchell* |
| */s/ Charles R. Bridgers* | Thomas M. Mitchell |
| Charles R. Bridgers | Georgia Bar No. 513597 |
| Georgia Bar No. 080791 | |
| Michael A. Caldwell | 1809 Buford Highway |
| Georgia Bar No. 102775 | Buford, Georgia 30518 |
| | (770) 932-3552 |
| 3100 Centennial Tower | (770) 932-6348 (facsimile) |
| 101 Marietta Street | thomas.mitchell@carmitch.com |
| Atlanta, GA 30303 | Counsel for Defendant |
| (404) 979-3150 | |
| (404) 979-3170 (facsimile) | |
| michaelcaldwell@dcbflegal.com | |

charlesbridgers@dcbflegal.com
Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| **REED MILLER,** | : | |
| | : | **Civil Action File No.** |
| **Plaintiff,** | : | |
| | : | **1:16-cv-00118-WSD** |
| **vs.** | : | |
| | : | |
| **THE CITY OF DACULA,** | : | |
| **GEORGIA,** | : | |
| | : | |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

I certify that May 13, 2016, I filed the parties' **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing to all attorneys of record.

**DeLong, Caldwell Bridgers**
**Fitzpatrick & Benjamin, LLC**

*/s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

**COUNSEL FOR PLAINTIFF**